**No. 09-9728. Gustavo Calderon-Garcia, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2134, 176 L. Ed. 2d 753, 2010 U.S. LEXIS 3228.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 356 Fed. Appx. 754.

**No. 09-9732. Moises Valverde-Garcia, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2134, 176 L. Ed. 2d 753, 2010 U.S. LEXIS 3263.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 358 Fed. Appx. 946.

**No. 09-9733. John Williams, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2134, 176 L. Ed. 2d 753, 2010 U.S. LEXIS 3240.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 599 F.3d 831.

**No. 09-9734. Jose Luis Zuniga-Mendez, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2134, 176 L. Ed. 2d 753, 2010 U.S. LEXIS 3165.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9737. Terrence S. Owden, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2134, 176 L. Ed. 2d 753, 2010 U.S. LEXIS 3187.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 345 Fed. Appx. 448.

**No. 09-9739. Jesus Silvero Jaquez-Diaz, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2134, 176 L. Ed. 2d 753, 2010 U.S. LEXIS 3229.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 356 Fed. Appx. 725.

**No. 09-9742. Manuel Hernandez-Hernandez, aka Manuel Ernesto Hernandez-Hernandez, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2135, 176 L. Ed. 2d 753, 2010 U.S. LEXIS 3233.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 356 Fed. Appx. 717.

**No. 09-9748. Michael J. Murphy, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2135, 176 L. Ed. 2d 753, 2010 U.S. LEXIS 3122.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9753. Darryl Dewayne Edwards, aka David Devon Wilson, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2135, 176 L. Ed. 2d 753, 2010 U.S. LEXIS 3189.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 356 Fed. Appx. 773.